UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN MCFERREN, et al.,<br><br>                Plaintiffs,<br><br>    v.<br><br>WORLD CLASS DISTRIBUTION, INC.,<br><br>                Defendant. | No. 20 CV 2912<br><br>Judge Manish S. Shah |

**ORDER**

Plaintiffs' motion to enforce settlement agreement [57] [58] is granted. Defendant's motion to enforce settlement agreement [62] [64] is denied. Defendant's motion for leave to file under seal [65] is granted. The document at Exhibit C to the Declaration of Theodore H. Kuyper, [58-1] at 36–51, memorializes the entirety of the parties' agreement. The court orders the parties to execute the document and comply with its terms. Plaintiffs must file a stipulation of dismissal within 3 business days of receipt of payment.

**STATEMENT**

Both sides agree that mutual confidentiality was a term of their settlement agreement, and both sides agree that they have an enforceable agreement. [58] at 1; [64] at 1–2.* They disagree about the scope of the confidentiality term as expressed in dueling versions of a written settlement agreement. Each side asks me to enforce their preferred version.

Defendant's version of "mutual confidentiality" is not mutual—it would prohibit plaintiffs from mentioning the public allegations of the complaint without a similar term prohibiting defendant from mentioning its public allegation of innocence. But more importantly, defendant's version of confidentiality does not reflect the parties' agreement and ordinary usage. "Confidentiality" when used by parties finalizing a settlement refers to the settlement itself. What is confidential is the resolution of the case, its terms, and the concessions each side made. Matters that are already part of the public record do not fall within the ordinary meaning of

---

* Bracketed numbers refer to entries on the district court docket, and page numbers are taken from the CM/ECF header placed at the top of filings.

"confidentiality." Public records cannot be kept in confidence; confidentiality is about maintaining existing privacy or secrecy. Being discreet about a topic, or limiting further disclosure, is not the same as confidentiality. Here, defendant's version of confidentiality strays from its ordinary usage and was not part of the material terms agreed to by plaintiffs. Plaintiffs' version of confidentiality is not limited or a new term; their version is a standard term applicable to the settlement itself. Both sides here agreed to that when their lawyers used the phrase "mutual confidentiality" in the context of a shorthand list of common settlement terms.

ENTER:

Date: July 13, 2021

_____
Manish S. Shah
U.S. District Judge